UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 18- |
| v. | |
| **RICHARD PINEDO,** | Violation: |
| | 18 U.S.C. § 1028 (Identity Fraud) |
| **Defendant.** | |

## INFORMATION

The Special Counsel informs the Court:

### COUNT ONE

**(Identity Fraud)**

From approximately 2014 through November 2017, defendant RICHARD PINEDO did knowingly transfer, possess, and use, in and affecting interstate and foreign commerce, and without lawful authority, means of identification of other persons with the intent to commit, and to aid or abet, and in connection with, unlawful activity that constitutes a violation of Federal law, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343. As a result of the offense, PINEDO obtained $1,000 or more during a one-year period.

(Title 18, United States Code, Sections 1028(a)(7), (b)(1)(D) & (c)(3)(A).)

ROBERT S. MUELLER, III
Special Counsel

By: _____
Jeannie S. Rhee
L. Rush Atkinson
Ryan K. Dickey
The Special Counsel's Office