## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD PINEDO,<br><br>　　　　　　　　Defendant. | Criminal No. 18-cr-24<br><br>**UNDER SEAL** |

### ORDER GRANTING MOTION FOR LEAVE TO FILE SEALED MATERIALS

The United States has moved to file its motion and proposed order under seal on a public miscellaneous case; for leave to file additional sealed materials, including plea materials; and to close the courtroom during the defendant's plea hearing,

The COURT ORDERS that this Order and the government's motion is sealed; it is further

ORDERED that the Clerk's Office is directed to issue a public miscellaneous case assigned to Judge Friedrich, captioned *United States of America v. John Doe*. The entries specified here will be docketed in the miscellaneous case.

ORDERED that the government's motion for leave is GRANTED, and the docket in *United States v. Doe* shall contain an entry titled "Order Granting Motion for Leave to File Sealed Materials," but that this Order will not be publicly accessible, as it is under seal; and it is further

ORDERED that the docket in this case (captioned *United States v. Doe*) shall contain an entry entitled "Government's Motion to File Sealed Materials and for Sealed Proceedings," but the motion itself and any related materials will not be publicly accessible, as they are under seal.

Date: February _____, 2018

　　　　　　　　　　　　　　　　　　　　　　The Honorable Dabney L. Friedrich
　　　　　　　　　　　　　　　　　　　　　　United States District Judge