## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD PINEDO,<br><br>          Defendant. | Criminal No. 18-cr-24<br><br>**UNDER SEAL** |

### ORDER

Having heard the government's motion to seal the proposed plea agreement in this matter and to close the courtroom for the plea hearing, and having considered the motion and exhibits, the Court finds as follows:

1. The government has established a compelling interest in maintaining the secrecy of an ongoing, sensitive investigation;

2. A substantial probability exists that disclosing the defendant's guilty plea and the facts underlying that plea, either in the plea agreement or through dissemination at the plea hearing, would compromise the ongoing investigation by giving subjects and targets of the investigation an opportunity to destroy and tamper with evidence, and by discouraging individuals the Government seeks to interview in the near future from speaking or otherwise cooperating with Government investigators; and

3. No measures other than the sealing of the plea agreement and closing the courtroom for the plea hearing are adequate to protect the Government interest at stake, because redactions or partial sealing of the plea agreement, or closure of the courtroom for only part of the hearing, would not prevent the defendant's identity as the individual pleading guilty from being publicized.

Accordingly, based on the foregoing findings, it is hereby ORDERED that the United States' motion is GRANTED; it is further

ORDERED that the plea agreement shall be sealed until further order of the Court; it is further

ORDERED that the courtroom shall be closed for the plea hearing scheduled for Monday, February 12, 2018, at 2:30 pm, and that any transcript of that hearing shall be filed under seal until further order of the Court; it is further

ORDERED that the Government shall immediately inform the Court if continued sealing is not necessary, and that on or before March 10, 2018, the Government shall file a status report with the Court setting forth any continued need to seal the plea agreement and transcript of the plea hearing.

Date: February _____, 2018

                                                The Honorable Dabney L. Friedrich
United States District Judge