# Exhibit B

**DECLARATION IN SUPPORT OF GOVERNMENT'S
MOTION TO SEAL DEFENDANT'S PLEA AGREEMENT AND
TO CLOSE THE COURTROOM FOR PLEA HEARING**

I, Francesco H. Corral, declare:

1.      I am a Supervisory Special Agent with the Federal Bureau of Investigation ("FBI") assigned to FBI Headquarters working directly with the Special Counsel's Office. I have been a Special Agent with the FBI for ten years and have conducted national security investigations of foreign intelligence services involving cybersecurity matters. I have participated in various investigations involving multiple national security threats and applicable criminal violations.

2.      I make this declaration in support of a motion to seal the plea agreement and to close the courtroom for the plea hearing of the defendant, Richard Pinedo. The facts in this declaration come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This declaration is intended to show that there is a compelling interest to seal the plea agreement and courtroom; this declaration does not set forth all of my knowledge about this matter.

3.      I am currently assigned to the ongoing investigation run by the Special Counsel's Office into Russian interference in the 2016 presidential election. In that capacity, I have investigated the defendant, a California resident who, from approximately 2014 through December 2017, provided online services designed to circumvent the security features of online payment processors, to include selling bank account numbers without authorization from the account holders. I continue to work on aspects of the Special Counsel's investigation related to the defendant's customers and their conspirators.

4. The defendant's guilty plea, if accepted, will result in the first criminal conviction arising from a particular facet of the Special Counsel's investigation, namely, a Russian-backed operation that used social media platforms, through fraud and deceit, to interfere with the U.S. political system, including the 2016 U.S. presidential election. The investigation is ongoing and includes pursuing leads from information related to the defendant's customers and their conspirators, some of whom are subjects and targets of the ongoing investigation.

5. In my training and experience, the disclosure of a defendant's plea may provide an opportunity for individuals of interest who are associated with the defendant, including the defendant's customers and their conspirators, to destroy or tamper with evidence. Destruction of evidence is more likely when, as is the case here, many of the target suspects are located in overseas and much of the evidence is electronic and accessible remotely through the internet.

6. In addition, in my training and experience, the disclosure of a defendant's plea may discourage individuals of interest, who are located in the United States and communicated with the defendant's customers and their conspirators, from speaking with investigators. When the investigation is a focus of intense public interest, as is the case here, such individuals are even less likely to cooperate with law enforcement officers. Publicity arising from a plea in high-interest circumstances is likely to discourage individuals from cooperating with investigators, either because of the prospect of criminal exposure or because they fear becoming the subject of media coverage themselves. Even where an individual of interest is willing to speak with investigators, the individual could potentially shape his or her statements in light of knowledge of the defendant's plea.

7. The plea materials, including the statement of the offense, identify the defendant and his online service by name and describe the service in sufficient detail that customers would be highly likely to identify their connection to the defendant.

8. In addition, many of the defendant's customers and their conspirators, some of whom are subjects and targets of the ongoing investigation, are located overseas in a jurisdiction (or jurisdictions) where the likelihood of seeking the individual's extradition to the United States is low. Any publicity relating to the defendant, or this particular facet of the investigation, will discourage those individuals from traveling to other countries.

9. I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on February 8, 2018

Respectfully submitted,

Francesco H. Corral
Supervisory Special Agent
Federal Bureau of Investigation