CO 526 Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 18-CR-0024 |
| ) | |
| RICHARD PINEDO ) | **FILED** |
| ) | FEB 1 2 2018 |

**WAIVER OF TRIAL BY JURY**

Clerk, U.S. District and Bankruptcy Courts

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Ricky Pinedo_
Defendant

_[signature]_
Counsel for Defendant

I consent:

_[signature]_
~~Assistant United States attorney~~ Special Counsel's Office

Approved:

_[signature]_                                    Date: 2/12/18
United States District Judge