UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD PINEDO,<br><br>Defendant. | Criminal No. 18-cr-24<br>Misc. No. 18-mc-17 |

## UNITED STATES' MOTION TO UNSEAL

The United States, by and through undersigned counsel, moves to unseal the full dockets in the above-captioned cases. Sealing is no longer necessary to protect the interests that formed the basis for the Court's orders to seal. The United States therefore requests that the Court issue the proposed Order, which unseals the full docket in the criminal case (no. 18-cr-24) and the associated miscellaneous case (no. 18-mc-17), including the following: the information; the government's motions to seal the information, to file sealed materials and for sealed proceedings, and to seal the plea agreement and to close the courtroom for the plea hearing; the Court's orders granting the motions to seal; the defendant's plea agreement and statement of the offense; and the transcript of the February 12, 2018 plea hearing.

Date: February __16__, 2018

Respectfully submitted,

Robert S. Mueller, III
Special Counsel

By: _____
Jeannie S. Rhee
L. Rush Atkinson
Ryan K. Dickey
The Special Counsel's Office

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD PINEDO,<br><br>　　　　　Defendant. | Criminal No. 18-cr-24<br>Misc. No. 18-mc-17 |

### ORDER

The United States has moved to unseal the full dockets in the above-captioned criminal case and the associated miscellaneous case, having represented that sealing is no longer necessary to protect the interests that formed the basis for the Court's orders to seal; it is hereby

ORDERED that the Clerk of the Court shall unseal and make available on the public docket any and all documents filed with the Court pertaining to the above-captioned cases, including the following: the information; the government's motions to seal the information, to file sealed materials and for sealed proceedings, and to seal the plea agreement and to close the courtroom for the plea hearing; the Court's orders granting the motions to seal; the defendant's plea agreement and statement of the offense; and the transcript of the February 12, 2018 plea hearing; and it is further

ORDERED that the dockets in the above-captioned criminal case (no. 18-cr-24) and the associated miscellaneous case (no. 18-mc-17) shall be unsealed in their entirety.

Date: February _____, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Dabney L. Friedrich
　　　　　　　　　　　　　　　　　　　United States District Judge