UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 16 2018
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

v.

RICHARD PINEDO,

Defendant.

Criminal No. 18-cr-24
Misc. No. 18-mc-17

## ORDER

The United States has moved to unseal the full dockets in the above-captioned criminal case and the associated miscellaneous case, having represented that sealing is no longer necessary to protect the interests that formed the basis for the Court's orders to seal; it is hereby

ORDERED that the Clerk of the Court shall unseal and make available on the public docket any and all documents filed with the Court pertaining to the above-captioned cases, including the following: the information; the government's motions to seal the information, to file sealed materials and for sealed proceedings, and to seal the plea agreement and to close the courtroom for the plea hearing; the Court's orders granting the motions to seal; the defendant's plea agreement and statement of the offense; and the transcript of the February 12, 2018 plea hearing; and it is further

ORDERED that the dockets in the above-captioned criminal case (no. 18-cr-24) and the associated miscellaneous case (no. 18-mc-17) shall be unsealed in their entirety.

Date: February 16, 2018

The Honorable Dabney L. Friedrich
United States District Judge