UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD PINEDO,<br><br>Defendant. | Criminal No. 18-cr-24 |

## JOINT STATUS REPORT

The United States of America, by and through Special Counsel Robert S. Mueller, III, and the defendant, Richard Pinedo, through counsel, respectfully submit this joint status report, pursuant to the Court's February 12, 2018 oral order, and represent the following:

1. On February 12, 2018, Mr. Pinedo entered a guilty plea to a criminal information charging him with identity theft, in violation of 18 U.S.C. § 1028(a)(7), (b)(1)(D), and (c)(3)(A).

2. During the plea hearing, the Court orally ordered the parties to submit a Joint Status Report by March 29, 2018.

3. The parties respectfully request that the Court continue this matter and order the parties to submit a joint status report within 60 days, by Tuesday, May 29, 2018. A proposed order accompanies this report.

4. Defense counsel for Mr. Pinedo has reviewed and agreed with this report.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: March 29, 2018        By:        /s/ Ryan K. Dickey
Jeannie S. Rhee
L. Rush Atkinson
Ryan K. Dickey
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD PINEDO,<br><br>                Defendant. | Criminal No. 18-cr-24 |

## **ORDER**

Having reviewed the parties' Joint Status Report, the Court hereby orders:

ORDERED that the parties submit a Joint Status Report within 60 days, by Tuesday, May 29, 2018.

Date: March _____, 2018          Hon. Dabney L. Friedrich
                                                            United States District Judge