**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

RICHARD PINEDO,

               Defendant.

Criminal No. 18-cr-24  (DLF)

## JOINT STATUS REPORT

The United States of America, by and through Special Counsel Robert S. Mueller, III, and the defendant, Richard Pinedo, through counsel, respectfully submit this joint status report. The parties request that the Court refer this case for the preparation of a presentence investigation report, and that the parties provide a joint status report within thirty days, no later than June 28, 2018. Defense counsel for Mr. Pinedo has reviewed and agreed with this report.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated:    May 29, 2018          By:            /s/ Ryan K. Dickey
                                              Jeannie S. Rhee
                                              L. Rush Atkinson
                                              Ryan K. Dickey
                                              U.S. Department of Justice
                                              Special Counsel's Office
                                              950 Pennsylvania Avenue NW
                                              Washington, DC 20530
                                              Telephone: (202) 616-0800

cc: Jeremy Lessem, Esq.