BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, .
. Case Number 18-CR-24
Plaintiff, .
.
vs. .
. Washington, D.C.
RICHARD PINEDO, . June 4, 2018
. 2:01 p.m.
Defendant. .
- - - - - - - - - - - - - - - - -

TRANSCRIPT OF STATUS HEARING
BEFORE THE HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: JEANNIE SCLAFANI RHEE, AUSA
RYAN KAO DICKEY, AUSA
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue Northwest
Washington, D.C. 20530
202-616-5890

For the Defendant: JEREMY LESSEM, ESQ.
(Via telephone)
Lessem, Newstat & Tooson, LLP
3450 Cahuenga Boulevard
Unit 102
Los Angeles, California 90068
818-582-3087

Official Court Reporter: SARA A. WICK, RPR, CRR
U.S. Courthouse, Room 4704-B
333 Constitution Avenue Northwest
Washington, D.C. 20001
202-354-3284

Proceedings recorded by stenotype shorthand.
Transcript produced by computer-aided transcription.

P R O C E E D I N G S

(Call to order of the court.)

THE COURTROOM DEPUTY: Your Honor, this is Criminal Case Number 18-24, the United States of America versus Richard Pinedo.

Will counsel, please, approach the podium and identify yourselves for the record.

MR. DICKEY: Good afternoon, your Honor. Ryan Dickey and Jeannie Rhee for the United States.

THE COURT: Good afternoon, Mr. Dickey.

THE COURTROOM DEPUTY: Also appearing by telephone is Mr. Jeremy Lessem and the defendant.

THE COURT: Good afternoon, Mr. Lessem.

MR. LESSEM: Good afternoon, your Honor.

THE COURT: I set up this status conference to discuss the recent request of the parties to refer this matter to Probation for the preparation of a presentence report. I have no objection to doing that, but I'm inclined to wait until you are prepared to set a sentencing hearing date.

Are you in a position to do that?

MR. LESSEM: This is Jeremy Lessem for Mr. Pinedo. Your Honor, I would leave most of that in the hands of the government. If they are prepared and think that they would know when they would be ready to move forward with sentencing, we can be ready as well.

THE COURT: Mr. Dickey?

MR. DICKEY: Thank you, Judge. I think that would also be fine with the government. I don't think that we would be prepared to set that date today. Therefore, your Honor, if it would be okay with the Court, we would confer with defense counsel and file something that would get the ball rolling on that.

THE COURT: That's fine. I just want to avoid being in a situation where we have a PSR and then we need to update it because sentencing is put off for enough time.

I know that you had proposed filing another joint status report no later than June 28th.

MR. DICKEY: Yes, Judge.

THE COURT: Is that still the plan?

MR. DICKEY: Yes, Judge.

THE COURT: And if you are able by that date to propose some sentencing hearing dates, I would entertain those.

MR. DICKEY: Thank you, Judge. I believe we would be in a position to do that.

THE COURT: Mr. Lessem, are you in agreement with this?

MR. LESSEM: I am in agreement, your Honor. I would be happy to work with the government to talk about setting a sentencing date, yes.

THE COURT: Okay. Is there anything else that either

party would like to bring to my attention at this point?

MR. DICKEY: Nothing from government, your Honor.

THE COURT: Okay. And Mr. Lessem, I interrupted you earlier. Is the defendant present also on the phone?

MR. LESSEM: Yes, your Honor. I just wanted to make the Court aware that Mr. Pinedo is here sitting next to me in my office, yes.

THE COURT: Okay. Very well. If there's nothing else from either party, there's nothing more that I feel I need to discuss.

MR. DICKEY: Nothing from government, your Honor.

THE COURT: Mr. Lessem?

MR. LESSEM: Nothing else from the defense, your Honor.

THE COURT: Okay. Thank you both.

(Proceedings adjourned at 2:04 p.m.)

CERTIFICATE OF OFFICIAL COURT REPORTER

I, Sara A. Wick, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Sara A. Wick — June 12, 2018

SIGNATURE OF COURT REPORTER — DATE