**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

RICHARD PINEDO,

Criminal No. 18-cr-24  (DLF)

Defendant.

**JOINT STATUS REPORT**

The United States of America, by and through Special Counsel Robert S. Mueller, III, and the defendant, Richard Pinedo, through counsel, respectfully submit this joint status report. The parties request that the Court set this matter for sentencing. Defense counsel is unavailable the first two weeks of September 2018 and on October 12, 2018. The parties therefore respectfully request that the Court set this matter for sentencing on any date after September 17, 2018, except for October 12, 2018. Defense counsel for Mr. Pinedo has reviewed and agreed with this report.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated:    June 28, 2018          By:   /s/ Ryan K. Dickey
                                      Jeannie S. Rhee
                                      L. Rush Atkinson
                                      Ryan K. Dickey
                                      U.S. Department of Justice
                                      Special Counsel's Office
                                      950 Pennsylvania Avenue NW
                                      Washington, DC 20530
                                      Telephone: (202) 616-0800

cc: Jeremy Lessem, Esq.